UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| DEBRA ANN MELLIN,<br><br>                  Plaintiff,<br><br>vs.<br><br>NANCY BERRYHILL, Acting Commissioner of the Social Security Administration,<br><br>                  Defendant. | Case No. CV 18-53-GF-JTJ<br><br>JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

1. Mellin's Motion for Summary Judgment (Doc. 9) is GRANTED.

2. The Commissioner's decision to deny benefits to Mellin is REVERSED.

3. This case is REMANDED for additional administrative proceedings consistent with the Memorandum and Order.

Dated this 14th day of November, 2018.

                                          TYLER P. GILMAN, CLERK
                                          By: /s/ Traci Orthman
                                          Traci Orthman, Deputy Clerk